IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARGARET MAYS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:13-cv-00338-SWW |
| | * | |
| | * | |
| NANCY F. RECTOR, M.D., PA, | * | |
| NANCY F. RECTOR, JAMES P. | * | |
| FLOREZ, and DAVID RECTOR, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The parties having reached a settlement, see doc.#20, this action is hereby dismissed with prejudice as to all claims or defenses of either plaintiff or defendants, the respective parties bearing their own costs and expenses, including attorneys' fees.

IT IS SO ORDERED this 17th day of December 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE